ERIC A. SEITZ
ATTORNEY AT LAW
A LAW CORPORATION

| | |
|---|---|
| ERIC A. SEITZ | 1412 |
| GINA SZETO-WONG | 10515 |
| JONATHAN M.F. LOO | 10874 |
| KEVIN YOLKEN | 10987 |

820 Mililani Street, Suite 502
Honolulu, Hawai'i 96813
Telephone: (808) 533-7434
E-Mail:    eseitzatty@yahoo.com
           szetogina@gmail.com
           jloo33138@yahoo.com
           kevinyolken@gmail.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| ANTHONY CHATMAN, FRANCISCO ALVARADO, ZACHARY GRANADOS, TYNDALE MOBLEY, and JOSEPH DEGUAIR, individually and on behalf of all others similarly situated,<br><br>              Plaintiffs,<br>      vs.<br><br>MAX N. OTANI, Director of State of Hawai'i, Department of Public Safety, in his official capacity,<br><br>              Defendant. | CIVIL No. 21-00268 JAO-KJM<br><br>REPORT OF PARTIES' PLANNING MEETING; CERTIFICATE OF SERVICE<br><br>**Rule 16 Conference:**<br>Date:    July 12, 2021<br>Time:    9:00 a.m.<br>Judge:   Hon. Kenneth J. Mansfield |

**REPORT OF PARTIES' PLANNING MEETING**

Pursuant to Rule 26(f), Federal Rules of Civil Procedure, and Rule 26.1 of the Local Rules of Practice of the United States District Court for the District of Hawaii ("LR"), a meeting was held on June 17, 2021, via telephone with the following participants:

<u>Gina Szeto-Wong and Kevin A. Yolken</u> for <u>Plaintiffs</u>; and

<u>Skyler G. Cruz</u> for <u>Defendants.</u>

1. <u>Pre-Discovery Disclosures</u>

The parties will exchange the information required by FRCP 26(a)(1) as required by rule.

2. <u>Discovery Plan</u>

The parties jointly propose to the Court the following discovery plan:

    a.    Discovery will be needed on the following subjects: Liability and remedies.

    b.    All discovery to be commenced in time to be completed 60 days before trial.

    c.    Maximum number of interrogatories by each party to any other party: not yet agreed upon.

    d.    Maximum number of depositions by Plaintiff: to be discussed.

    e.    Maximum number of depositions by Defendant: to be discussed.

    f.    Each deposition limited to a maximum of 7 hours, unless extended by agreement of parties.

    g.    Reports from retained experts under Rule 26(a)(2) due:

        i.    From Plaintiff: 90 days before the date set for trial.

        ii.    From Defendant: 90 days before the date set for trial.

        iii.    Supplementations due pursuant to Rule 26(a)(2)(E).

3.    <u>Other Matters</u>

The parties have discussed alternative dispute resolution options and are prepared to consider this matter further and discuss options after the Court's ruling on Plaintiffs' pending motions.

4.    <u>Motions</u>

All potentially dispositive motions filed by:  5 months before trial.

5.    <u>Witnesses and Exhibits</u>

Final lists of witnesses and exhibits as set under Rule 26 of FRCP or the scheduling conference.

//

//

//

6. Trial

The case should be ready for trial in the normal course.  Trial is expected to take approximately 14 days.

DATED:  Honolulu, Hawaii, __July 2, 2021__.

/s/ Gina Szeto-Wong
ERIC A. SEITZ
GINA SZETO-WONG
JONATHAN M.F. LOO
KEVIN A. YOLKEN

Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that one copy of the within was duly served on July 2, 2021, via CM/ECF to the following at the e-mail addresses listed below:

>SKYLER G. CRUZ, ESQ.
>KENDALL J. MOSER, ESQ.
>Deputy Attorneys General
>Department of the Attorney General, State of Hawaii
>425 Queen St.
>Honolulu, Hawai'i, 96813
>
>Skyler.g.Cruz@hawaii.gov
>Kendall.J.Moser@hawaii.gov

DATED:   Honolulu, Hawai'i, July 2, 2021.

>/s/ Gina Szeto-Wong
>ERIC A. SEITZ
>GINA SZETO-WONG
>JONATHAN M.F. LOO
>KEVIN YOLKEN
>
>Attorneys for Plaintiffs