# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:21-CV-00268-JAO-KJM |
| CASE NAME: | Francisco Alvarado, et al v. State of Hawaii, Department of Public Safety, et al. |
| ATTYS FOR PLA: | Eric A. Seitz<br>Gina May Szeto-Wong<br>Kevin A Yolken |
| ATTYS FOR DEFT: | Caron M. Inagaki<br>Kendall J. Moser<br>Skyler G. Cruz |

| | | | |
|---|---|---|---|
| JUDGE: | Kenneth J. Mansfield | REPORTER: | AT&T Service |
| DATE: | 07/20/2021 | TIME: | 9:20 - 9:41 |

COURT ACTION: EP:  TELEPHONIC STATUS CONFERENCE held.

Discussion held outlining the schedule for future regular status conferences to address compliance with the preliminary injunction.

Status Reports should address an individualize basis each DPS Facility level of compliance re the safety pandemic plan and the 11 categories listed on page 67 of District Judge Otake's [37] Order (1) Granting Plaintiffs' Motion for Provisional Class Certification and (2) Granting in Part and Denying In Part Plaintiffs' Motion for Preliminary Injunction And Temporary Restraining Order.

Regular Status Conference outline will be as follows:

- **First day of the month**, parties are to file a **Status Report** to address issue and categories previously stated above.

- **One week after** the Status Report deadline will be **Plaintiff's Responsive Status Report**.

- **One week** after Plaintiff's Response Status Report will be the **Status Conference**.

Mr. Seitz address his concerns.

Status Report is due by August 2, 2021

Plaintiff's Responsive Status Report is due by August 9, 2021.

Further Telephonic Status Conference is set for August 16, 2021 at 9:00 a.m. before Magistrate Judge Kenneth J. Mansfield.

Until further notice, all other hearings before Magistrate Judge Kenneth J. Mansfield, parties are to participate via telephone through our AT&T Service. Call-in information for this conference is below. Parties must connect to the conference at least five (5) minutes prior to the scheduled start time of the hearing.

Dial in number is 1-877-848-7030
Access Code is 2123668

Court to issue an Order providing oversight.

*Submitted by: Bernie Aurio, Courtroom Manager*