Letter

# Eric A. Seitz, Attorney At Law
A LAW CORPORATION

Eric A. Seitz
Della A. Belatti
Gina Szeto-Wong
Jonathan M.F. Loo
Kevin A. Yolken

August 11, 2021

Honorable Jill A. Otake
United States District Judge
District of Hawaii
300 Ala Moana Boulevard
Honolulu, Hawaii 96850

Re: Anthony Chatman, et al vs. Max. N. Otani, et al
    Civil No. 21-00268 JAO-KJM

Dear Judge Otake:

We are writing to you again in light of recently reported outbreaks of Covid-19 infections in several Hawaii correctional facilities notwithstanding the State's assurances to the Court that the State is implementing all of its protocols and doing everything it can do to provide a safe environment for the inmates and staff. Notwithstanding the respective wardens' recently filed declarations, there have been significant numbers of newly reported cases at Halawa, Hawaii Community Correctional Facility, Maui Community Correctional Facility, Kauai Community Correctional Facility, and Oahu Community Correctional Facility within just the past few days. Based upon the information we are receiving it is evident that the State cannot and will not obey and implement the Court's directives and continues to provide vague and inaccurate assessments of the real conditions in its facilities to the grave danger of our clients, the prison staff, and the community.

We ask that the Court address these concerns urgently. Thank you for your consideration.

Sincerely yours,

Eric A. Seitz
Gina Szeto-Wong
Kevin Yolken

cc: Hon. Kenneth J. Mansfield
    Clare E. Connors, Esq
    Kendall J. Moser, Esq.
    Skyler G. Cruz, Esq.

820 MILILANI STREET SUITE 502, HONOLULU, HAWAII 96813 PHONE: (808) 533-7434