IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| ANTHONY CHATMAN;<br>FRANCISCO ALVARADO;<br>ZACHARY GRANADOS; TYNDALE<br>MOBLEY; and JOSEPH DEGUAIR,<br>individually and on behalf of others<br>similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>MAX N. OTANI, Director of State of<br>Hawai'i, Department of Public Safety,<br>in his official capacity,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil No. 21-00268 JAO-KJM<br><br>ORDER #2 REGARDING<br>OVERSIGHT OF THE<br>PRELIMINARY INJUNCTION |

ORDER #2 REGARDING OVERSIGHT
OF THE PRELIMINARY INJUNCTION

On July 13, 2021, the district court entered an Order (1) Granting Plaintiffs'

Motion For Provisional Class Certification and (2) Granting in Part and Denying in

Part Plaintiffs' Motion for Preliminary Injunction and Temporary Restraining

Order ("Preliminary Injunction").  ECF No. 37.  On July 21, 2021, pursuant to the

Preliminary Injunction, this Court subsequently entered the Order #1 Regarding

Oversight of the Preliminary Injunction ("Order #1").  ECF No. 42.

On August 16, 2021, pursuant to Order #1, the Court held a status

conference.  By agreement of the parties as indicated at the August 16, 2021 status

conference, and in furtherance of the undersigned's role to address compliance and assist with settlement, the Court TEMPORARILY STAYS Order #1, except for paragraph G therein, which remains enforceable as amended as follows: "The Court orders DPS to provide Class Counsel with a daily update (excluding weekends and State holidays) of new active inmate COVID-19 cases, by facility."

This Order #2 is effective immediately and will remain in effect until further court action.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, August 16, 2021.

Kenneth J. Mansfield
Unites States Magistrate Judge

*Chatman, et al. v. Otani*, Civil No. 21-00268 JAO-KJM; Order #2 Regarding Oversight of the Preliminary Injunction