# AMENDED MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:21-CV-00268-JAO-KJM |
| CASE NAME: | Francisco Alvarado, et al v. State of Hawaii, Department of Public Safety, et al. |
| ATTYS FOR PLA: | *Eric A. Seitz<br>*Gina May Szeto-Wong<br>Kevin A Yolken |
| ATTYS FOR DEFT: | *Clare E. Connors<br>Kendall J. Moser<br>Skyler G. Cruz |

| | | | |
|---|---|---|---|
| JUDGE: | Kenneth J. Mansfield | REPORTER: | AT&T Service |
| DATE: | 08/16/2021 | TIME: | 8:30 - 9:07 |

COURT ACTION:  EP:   TELEPHONIC STATUS CONFERENCE held.

Discussion held.

Arguments heard.

Further Status Conference is set for **August 19, 2021** at 1:00 p.m. before Magistrate Judge Kenneth J. Mansfield by Video Tele-Conference (VTC).

The Courtroom Manager will be sending out a separate email providing counsel detailed instructions regarding Settlement Conferences Video Tele-Conference (VTC) access prior to the conference date.

Court to prepare an Order.

*Submitted by: Bernie Aurio, Courtroom Manager*