ERIC A. SEITZ, ATTORNEY AT LAW
A LAW CORPORATION
ERIC A. SEITZ             1412
GINA SZETO-WONG            10515
JONATHAN M.F. LOO          10874
KEVIN YOLKEN               10987

820 Mililani Street, Suite 502
Honolulu, Hawaiʻi 96813
Telephone: (808) 533-7434
E-mail:   eseitzatty@yahoo.com
          zetogina@gmail.com
          jloo33138@yahoo.com
          kevinyolken@gmail.com

Attorneys for Plaintiffs ANTHONY CHATMAN,
FRANCISCO ALVARADO, ZACHARY GRANADOS, TYNDALE
MOBLEY, and JOSEPH DEGUAIR, individually and on behalf of all
other similarly situated


CLARE E. CONNORS           7936
 Attorney General of the State of Hawaiʻi
CARON M. INAGAKI           3835
KENDALL J. MOSER           6515
SKYLER G. CRUZ             9551
 Deputy Attorneys General
Dept. of the Attorney General
425 Queen Street, Honolulu, Hawaiʻi 96813
Telephone: (808) 586-1360
E-mail:   Caron.M.Inagaki@hawaii.gov
          Kendall.J.Moser@hawaii.gov
          Skyler.G.Cruz@hawaii.gov

Attorneys for Defendant MAX N. OTANI,
Director of the State of Hawaiʻi Department of Public Safety,
in his official capacity

836822_1.DOC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| ANTHONY CHATMAN, FRANCISCO ALVARADO, ZACHARY GRANADOS, TYNDALE MOBLEY, and JOSEPH DEGUAIR, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>        v.<br><br>MAX N. OTANI, Director of the State of Hawaiʻi Department of Public Safety, in his official capacity,<br><br>        Defendant. | CIVIL NO. 21-00268 JAO-KJM<br><br>**JOINT MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AND FOR ORDER SETTING FAIRNESS HEARING; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF SKYLER G. CRUZ; EXHIBIT "A"; CERTIFICATE OF SERVICE**<br><br><br>District Judge: Hon. Jill A. Otake<br><br>Magistrate Judge: Hon. Kenneth J. Mansfield |

**JOINT MOTION FOR PRELIMINARY SETTLEMENT APPROVAL AND FOR ORDER SETTING FAIRNESS HEARING**

Plaintiffs ANTHONY CHATMAN, FRANCISCO ALVARADO, ZACHARY GRANADOS, TYNDALE MOBLEY, and JOSEPH DEGUAIR, individually and on behalf of all others similarly situated (collectively, "Plaintiffs"), and Defendant MAX N. OTANI, in his official capacity as the Director of the State of Hawaiʻi Department of Public Safety ("Defendant" and, together with Plaintiffs, the "Parties"), respectfully move for an order: (1) preliminarily approving the Parties' settlement of this lawsuit; and (2) setting a Federal Rules of Civil

836822_1.DOC

Procedure Rule 23(e) fairness hearing. In order to promote an appropriate and expeditious resolution of this case and to implement the settlement agreement, the Parties respectfully request that the fairness hearing be set for approximately one month after the date of the Court's preliminary approval of the Parties' settlement.

This motion is made pursuant to Rules 7 and 23 of the Federal Rules of Civil Procedure and Rule 7.1 of the Local Rules of Practice for the United States District Court for the District of Hawaiʻi and is supported by the attached memorandum in support of the motion, the Declaration of Skyler G. Cruz, Exhibit "A" (*i.e.*, the Parties' Settlement Agreement), and the records and files herein.

DATED: Honolulu, Hawaiʻi, September 3, 2021.

       */s/ Skyler G. Cruz*
       CLARE E. CONNORS
       Attorney General of the State of Hawaiʻi
       CARON M. INAGAKI
       KENDALL J. MOSER
       SKYLER G. CRUZ
       Deputy Attorneys General

       Attorneys for Defendant MAX N. OTANI, Director of the State of Hawaiʻi Department of Public Safety, in his official capacity

DATED: Honolulu, Hawaiʻi, September 3, 2021.

       */s/ Eric A. Seitz*
       Eric A. Seitz
       Gina Szeto-Wong
       Jonathan M. F. Loo
       Kevin A. Yolken

                                              Attorneys for Plaintiffs ANTHONY CHATMAN, FRANCISCO ALVARADO, ZACHARY GRANADOS, TYNDALE MOBLEY, and JOSEPH DEGUAIR, individually and on behalf of all other similarly situated