CLARE E. CONNORS          7936
 Attorney General of the State of Hawai'i
CARON M. INAGAKI          3835
KENDALL J. MOSER          6515
SKYLER G. CRUZ          9551
 Deputy Attorneys General

Dept. of the Attorney General
425 Queen Street, Honolulu, Hawai'i 96813
Telephone: (808) 586-1360
E-mail:  Caron.M.Inagaki@hawaii.gov
             Kendall.J.Moser@hawaii.gov
             Skyler.G.Cruz@hawaii.gov

Attorneys for Defendant MAX N. OTANI,
Director of the State of Hawai'i Department of Public Safety,
in his official capacity


ERIC A. SEITZ
ATTORNEY AT LAW
A LAW CORPORATION
ERIC A. SEITZ          1412
GINA SZETO-WONG          10515
JONATHAN M.F. LOO          10874
KEVIN YOLKEN          10987

820 Mililani Street, Suite 502
Honolulu, Hawai'i 96813
Telephone: (808) 533-7434
E-mail:      eseitzatty@yahoo.com
               zetogina@gmail.com
               jloo33138@yahoo.com
               kevinyolken@gmail.com

Attorneys for Plaintiffs ANTHONY CHATMAN,
FRANCISCO ALVARADO, ZACHARY GRANADOS, TYNDALE
MOBLEY, and JOSEPH DEGUAIR, individually and on behalf of all
other similarly situated

1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANTHONY CHATMAN, FRANCISCO ALVARADO, ZACHARY GRANADOS, TYNDALE MOBLEY, and JOSEPH DEGUAIR, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MAX N. OTANI, Director of the State of Hawaiʻi Department of Public Safety, in his official capacity,<br><br>Defendant. | CIVIL NO. 21-00268 JAO-KJM<br><br>**STIPULATION AND ORDER**<br><br><br><br><br><br>District Judge: Hon. Jill A. Otake<br><br>Magistrate Judge: Hon. Kenneth J. Mansfield |

2

## STIPULATION AND ORDER

Plaintiffs ANTHONY CHATMAN, FRANCISCO ALVARADO, ZACHARY GRANADOS, TYNDALE MOBLEY, and JOSEPH DEGUAIR, individually and on behalf of all other similarly situated ("**Plaintiffs**") and Defendant MAX N. OTANI, in his official capacity as the Director of the State of Hawai'i Department of Public Safety ("**Defendant**," and together with Plaintiffs, the "**Parties**"), respectfully submit the following stipulation and order:

WHEREAS, on July 13, 2021, the Court issued an Order (1) Granting Plaintiffs' Motion for Provisional Class Certification and (2) Granting in Part and Denying in Part Plaintiffs' Motion for Preliminary Injunction and Temporary Restraining Order ("**PI Order**").  ECF No. 37; *Chatman v. Otani*, Civil No. 21-00268 JAO-KJM, 2021 WL 2941990 (D. Haw. July 13, 2021);

WHEREAS, on September 2, 2021, the Parties executed a Settlement Agreement and General Release ("**Settlement Agreement**") resolving the claims in this lawsuit;

WHEREAS, the Parties have jointly moved for final approval of the Parties' settlement;

WHEREAS, the Court has set a Fed. R. Civ. P. Rule 23(e) fairness hearing for October 22, 2021 at 9:00 a.m.;

WHEREAS, the provisions of 18 U.S.C. § 3626(a) regulate the duration of the PI Order;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, that between now and the date the Court rules on the Parties' joint motion for final settlement approval, Defendant will comply with the terms of the Settlement Agreement and otherwise make best efforts to implement the Pandemic Response Plan and adapt it to the CDC guidelines based on best practices and recommendations from the Hawai'i Department of Health and the Agreement Monitoring Panel, and based on the individual facilities' physical space, staffing, population, operations, and other resources and conditions.

DATED: Honolulu, Hawai'i, September 24, 2021.

*/s/ Skyler G. Cruz*
CLARE E. CONNORS
 Attorney General of the State of Hawai'i
CARON M. INAGAKI
KENDALL J. MOSER
SKYLER G. CRUZ
 Deputy Attorneys General

Attorneys for Defendant MAX N. OTANI, Director of the State of Hawai'i Department of Public Safety, in his official capacity

DATED: Honolulu, Hawai'i, September 24, 2021.

> /s/ Kevin A. Yolken
> Eric A. Seitz
> Gina Szeto-Wong
> Jonathan M. F. Loo
> Kevin A. Yolken
>
> Attorneys for Plaintiffs ANTHONY CHATMAN, FRANCISCO ALVARADO, ZACHARY GRANADOS, TYNDALE MOBLEY, and JOSEPH DEGUAIR, individually and on behalf of all other similarly situated

APPROVED AND SO ORDERED:



Jill A. Otake
United States District Judge

*CIVIL NO. 21-00268 JAO-KJM — STIPULATION AND ORDER*