Ramsey Jardine A4020689
600 Waiale Drive
Wailuku, HI 96793

10/16/21

United States District Court
District of Hawaii
Clerk's office
300 Ala moana Blvd, Suite C-338
Honolulu, HI 96850

To whom it may concern,

My name is Ramsey Jardine, I am currently incarcerated & being held at MCCC [Maui Community Correctional Center]. In August of 2021 I contracted Covid-19 while incarcerated. I am writing today requesting to be present for the Class action lawsuit fairness hearing

Sincerely,
RAMSEY