ORIGINAL

LETTER

RECEIVED
CLERK, U. S. DISTRICT COURT
OCT 21 2021
DISTRICT OF HAWAII

Robert Akuna A1008806
600 Waiale drive
Wailuku, HI 96793

10/16/21

United States District Court
District of Hawaii
Clearks office
300 Ala moana Blvd, Suite C-338
Honolulu, HI 96850

To whom it may concern,

My name is Robert Akuna, I am currently incarcerated and being held at MCCC [Maui Community Correctional center]. August 10th 2021 I contracted the Covid-19 virus while incarcerated. I am writing today Requesting to be present for the class action lawsuit fairness Hearing.

Sincerely,

[signature]

Received By Mail
Date OCT 21 2021